Todd TURNER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 524, 2016

Supreme Court of Delaware.

Submitted: May 10, 2017

Decided: May 10, 2017

Court Below: Family Court of the State
of Delaware, File No. 1604021141

AFFIRMED.

CHRISTIANA CARE HEALTH SER-
VICES, Employer/Appellant/Cross–
Appellee Below, Appellant,

v.

Thomas A. LUCE, Claimant/Ap-
pellee/Cross–Appellant Be-
low, Appellee.

No. 202, 2017

Supreme Court of Delaware.

Submitted: May 15, 2017

Decided: May 19, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. N16A–10–002

DISMISSED.